```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 05 B 30627
   BRUCE ALLEN DAVIS
   SHARON LYNN DAVIS                             CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9779     SSN XXX-XX-4554

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 08/04/2005 and was confirmed 09/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/01/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
---------------------------------------------------------------------------
MEADOWS CREDIT UNION       SECURED         17125.00        2211.14        4932.63
MEADOWS CREDIT UNION       UNSECURED        5096.39            .00            .00
FORD MOTOR CREDIT          SECURED         11526.22        1488.27        3319.96
FORD MOTOR CREDIT          UNSECURED       NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        1382.83           .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00            .00
SUNRISE CREDIT             NOTICE ONLY     NOT FILED          .00            .00
BALLYS                     UNSECURED       NOT FILED          .00            .00
CAPITAL ONE                UNSECURED         538.43           .00            .00
ASSOCIATED RECOVERY SYST   NOTICE ONLY     NOT FILED          .00            .00
CAPITAL ONE                UNSECURED         797.36           .00            .00
ARROW FINANCIAL SERVICES   NOTICE ONLY     NOT FILED          .00            .00
COMCAST                    UNSECURED       NOT FILED          .00            .00
CREDIT PROTECTION ASSOC    NOTICE ONLY     NOT FILED          .00            .00
COR TRUST BANK             UNSECURED       NOT FILED          .00            .00
ARROW FINANCIAL SERVICES   NOTICE ONLY     NOT FILED          .00            .00
MCI                        UNSECURED       NOT FILED          .00            .00
PARK DANSEN                NOTICE ONLY     NOT FILED          .00            .00
PLAINS COMMERCE BANK       UNSECURED         189.73           .00            .00
SOUTHWEST RADIOLOGIST      UNSECURED       NOT FILED          .00            .00
ST FRANCIS HOSPITAL        UNSECURED       NOT FILED          .00            .00
OSI COLLECTION SERVICES    NOTICE ONLY     NOT FILED          .00            .00
US CELLULAR                UNSECURED       NOT FILED          .00            .00
US CELLULAR                UNSECURED       NOT FILED          .00            .00
CREDIT COLLECTION SERVIC   NOTICE ONLY     NOT FILED          .00            .00
VERIZON                    UNSECURED         802.31           .00            .00
VERIZON WIRELESS           NOTICE ONLY     NOT FILED          .00            .00
DEBT RECOVERY SOLUTION     UNSECURED         138.88           .00            .00
DEBT RECOVERY SOLUTION     NOTICE ONLY     NOT FILED          .00            .00
CAPITAL ONE                UNSECURED         545.61           .00            .00
AMERICAS FINANCIAL CHOIC   FILED LATE        190.29           .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                      2,700.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 30627 BRUCE ALLEN DAVIS & SHARON LYNN DAVIS
```

```
TOM VAUGHN                  TRUSTEE                                   836.07
DEBTOR REFUND               REFUND                                       .00

        Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
    ------------------------------------------------------------------------
TRUSTEE               15,488.07

PRIORITY                                              .00
SECURED                                          8,252.59
    INTEREST                                     3,699.41
UNSECURED                                             .00
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                               836.07
DEBTOR REFUND                                         .00
                    ---------------        ---------------
TOTALS                15,488.07              15,488.07
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE